# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:24-mc-00002-MR

| | |
|---|---|
| **DMARC ADVISOR BV,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **BLANK ROME LLP,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Petitioner's Motion to Compel Compliance with Subpoena [Doc. 2].

By the present motion, the Petitioner DMARC Advisor BV ("DMARC Advisor") seeks to compel Blank Rome LLP ("Blank Rome") to comply with a subpoena *duces tecum* seeking documents related to basic and supplementary copyright applications that Blank Rome submitted on behalf of dmarcian, Inc. ("dmarcian") to the U.S. Copyright Office. [Doc. 2]. Those copyright applications relate to a copyright infringement claim asserted by dmarcian against DMARC Advisor in a related action, dmarcian, Inc. v. DMARC Advisor, BV, No. 1:21-cv-00067-MR (W.D.N.C.). This action is pending in this Court.

The Court recently entered an Order granting summary judgment in favor of DMARC Advisor with respect to dmarcian's copyright infringement claim.  As such, the subpoena at issue in this Motion to Compel has been rendered moot.  Accordingly, the Petitioner's Motion to Compel is denied.

**IT IS, THEREFORE, ORDERED** that the Petitioner's Motion to Compel Compliance with Subpoena [Doc. 2] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: May 1, 2024

Martin Reidinger
Chief United States District Judge